United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>NASSER S.M. ALTUHAIF, et al.,<br><br>  Defendants. | Case No.  16-cv-00647-DMR<br><br>**ORDER GRANTING 45 DAY EXTENSION TO COMPLETE GENERAL ORDER 56 JOINT INSPECTION**<br><br>Re: Dkt. No. 13 |

On June 6, 2016, Plaintiff Francisca Moralez filed a motion to continue the General Order 56 Joint Inspection deadline. [Docket No. 13.] The last day for the parties to conduct the joint inspection of the premises was May 23, 2016. [Docket No. 4.] Plaintiff Moralez states that she did not keep track of the deadlines because she thought a lawyer who represented her in a prior action was representing her in the present case, and because she was sick. [Docket No. 13 at 1-2.]

On June 8, Defendant Badr Sanane filed an opposition to Plaintiff's request for an extension, arguing that Plaintiff has filed twenty lawsuits for violations of the Americans with Disabilities Act ("ADA") in this District since 2015, and that Plaintiff should be familiar with the Northern District of California's General Order No. 56 and its requirements. [Docket No. 14.] Defendant Sanane points out Plaintiff's numerous failures to comply with General Order 56: Plaintiff failed to complete service on all Defendants by April 8, 2016, did not serve initial disclosures, or contact Defendant Sanane to schedule a site inspection before the May 23, 2016 deadline. *Id.*; Scheduling Order [Docket No. 4]. On this basis Defendant Sanane requests that Plaintiff's Request to Continue the General Order 56 Joint Inspection be denied and the case dismissed with prejudice. This does not constitute cause for dismissal of the case.

The deadline for Plaintiff to complete service on the Defendants was April 8, 2016. [Docket No. 4.] Plaintiff has not filed proofs of service for Defendants Tony C. Wong and Evon

Wong, and neither has appeared in this action. Plaintiff is reminded that under Federal Rule of Civil Procedure 4(m), if a defendant is not served within 90 days after the complaint is filed, absent good cause, the court may dismiss the action without prejudice against that defendant. The complaint in this case was filed on February 8, 2016, and the 90 day period has passed. [Docket No. 1.] Plaintiff is hereby ordered to promptly complete service on Defendants Tony C. Wong and Evon Wong in accordance with Federal Rule of Civil Procedure 4 and file proofs of service with the court **within 10 days from the date of this order**.

The court grants a **45 day extension** to conduct the joint site inspection. The parties must complete the joint site inspection by **July 7, 2016.** The last day for parties to complete initial disclosures is **June 30, 2016.** No further extensions will be given.

**IT IS SO ORDERED.**

Dated: June 9, 2016

Donna M. Ryu
United States Magistrate Judge